# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tenle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-313

**Effective Date of Registration:**
July 11, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 03, 2016 to December 29, 2016

## Title _____

|  |  |
|---|---|
| **Title of Group:** | su.cheny Shoe Design Photos |
| **Number of Photographs in Group:** | 220 |

- **Individual Photographs:** 231802383072 a, 231802383072 b, 231802383072 c, 231802383072 d, 231802383072 e, 231731641613 a, 231731641613 b, 161938131680 a, 161938131680 b, 161938131680 c, 161938131680 d, 161938131680 e, 161938131680 f, 151939688099 a, 151939688099 b, 151939688099 c, 151939688099 d, 151939688099 e, 151939688099 f, 231808149537 a, 231808149537 b, 231808149537 c, 231808149537 d, 231808149537 e, 231808149537 f, 231810206931 a, 231810206931 b, 231810206931 c, 231810206931 d, 231811181217 a, 231811181217 b, 231811181217 c, 231811181217 d, 231811181217 e, 231811181217 f, 231816514293 a, 231816514293 b, 231816514293 c, 231829168120 a, 231829168120 b, 231829168120 c, 231829168120 d, 231829168120 e, 231829168120 f, 231829178084 a, 231829178084 b, 231829178084 c, 231829178084 d, 231829178084 e, 231829178084 f,

  **Published:** January 2016

- **Individual Photographs:** 231850332317 a, 231850332317 b, 231850332317 c, 231850332317 d, 231850332317 e, 231850332317 f,

  **Published:** February 2016

- **Individual Photographs:** 231871234695 a, 231871234695 b, 231871234695 c, 231871234695 d, 231871234695 e, 231871234695 f, 231871234695 g, 231871234695 h, 231871234695 i, 231871234695 j, 231871234695 k, 231873340386 a, 231873340386 b, 231873340386 c, 231873340386 d, 231873340386 e, 231873340386 f, 231880016625 a, 231880016625 b, 231880016625 c, 231880016625 d, 231880016625 e, 231880016625 f, 231879978844 a, 231879978844 b, 231879978844 c, 231879978844 d, 231879978844 e, 231879978844 f, 231880043787 a, 231880043787 b, 231880043787 c, 231880043787 d, 231880043787 e, 231880043787 f, 162020226640 a, 162020226640 b, 162020226640 c, 162020226640 d, 162020226640 e, 162020226640 f,

  **Published:** March 2016

- **Individual Photographs:** 152046160698 a, 152046160698 b, 152046160698 c, 152046160698 d, 152046160698 e, 152046160698 f, 152048635726 a, 152048635726 b, 152048635726 c, 152048635726 d, 152048635726 e, 152048635726 f,

152048713074 a, 152048713074 b, 152048713074 c, 152048713074 d,
152048713074 e, 152048713074 f, 162033463765 a, 162033463765 b,
162033463765 c, 162033463765 d, 162034066659 a, 162034066659 b,
162034066659 c, 162034066659 d, 162034066659 e, 152054876087 a,
152054876087 b, 152054876087 c, 152054876087 d, 152054876087 e,
162034066659 f, 162034066659 g, 231920758183 a, 231920758183 b,
231920758183 c, 231920758183 d, 231920758183 e, 231920758183 f,
231920758183 g, 231920789862 a, 231920789862 b, 231920789862 c,
231920789862 d, 231920789862 e, 231920789862 f,

**Published:** April 2016

- **Individual Photographs:** 152083632334 a, 152083632334 b, 152083632334 c, 152083632334 d,
152083632334 e, 152083632334 f, 152091838092 a, 152091838092 b,
152091838092 c,

  **Published:** May 2016

- **Individual Photographs:** 152129470982 a, 152129470982 b, 152129470982 c, 152129470982 d,
152129470982 e, 152129470982 f,

  **Published:** June 2016

- **Individual Photographs:** 152237407368 a, 152237407368 b, 152237407368 c, 152237407368 d,
152237407368 e, 152237407368 f, 152238517526 a, 152238517526 b,
152238517526 c, 152238517526 d, 152238517526 e, 152238517526 f,
152246459391 a, 152246459391 b, 152246459391 c, 152246459391 d,
152246459391 e, 152246459391 f,

  **Published:** September 2016

- **Individual Photographs:** 232127749969 a, 232127749969 b, 232127749969 c, 232127749969 d,
232127749969 e, 232127749969 f, 232127700335 a, 232127700335 b,
232127700335 c, 232127700335 d, 232129660805 a,

  **Published:** October 2016

- **Individual Photographs:** 232132079057 a, 232132079057 b, 232132079057 c, 232132079057 d,
232132079057 e,

  **Published:** November 2016

- **Individual Photographs:** 152341223676 a, 152341223676 b, 152341223676 c, 152341223676 d,
152341223676 e, 152341223676 f, 152341223676 g, 152341223676 h,
152341223676 i, 152349472866 a, 152349472866 b, 152349472866 c,
152349472866 d, 152349472866 e, 152349472866 f, 162317279431 a,
162317279431 b, 162317279431 c, 162317279431 d, 162317279431 e,
162317279431 f, 232189879794 a, 232189879794 b, 232189879794 c,
232189879794 d, 232189879794 e, 232189879794 f,

  **Published:** December 2016

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 03, 2016 |
| **Latest Publication Date in Group:** | December 29, 2016 |
| **Nation of First Publication:** | United States |

## Author



- **Author:** Chenyan Sun
- **Pseudonym:** su.cheny
- **Author Created:** photograph
- **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Chenyan Sun
74 Baxter Road Unit D, Storrs, CT, 06268, United States

## Rights and Permissions

**Email:** di2011wu@gmail.com

## Certification

**Name:** Chenyan Sun
**Date:** July 11, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

231802383072 a



231802383072 b



231802383072 c


su.cheny

231802383072 d



su.cheny

231802383072 e


su.cheny

231731641613 a


su.cheny

231731641613 b



161938131680 a



161938131680 b


su.cheny

161938131680 c



161938131680 d



su.cheny

161938131680 e


su.cheny

161938131680 f


su.cheny

151939688099 a


su.cheny

151939688099 b


su.cheny

151939688099 c



151939688099 d



151939688099 e


su.cheny

151939688099 f



231808149537 a



231808149537 b



su.cheny

231808149537 c



su.cheny

231808149537 d



231808149537 e



231808149537 f



231810206931 a



231810206931 b



231810206931 c



231810206931 d



231811181217 a



231811181217 b



231811181217 c



231811181217 d



231811181217 e



231811181217 f


su.cherry

231816514293 a



231816514293 b


su.ch..y

231816514293 c



231829168120 a



231829168120 b



231829168120 c



231829168120 d


su.cherry

231829168120 e



231829168120 f



231829178084  a



231829178084 b



231829178084 b



231829178084 c


su.cheny

231829178084 d



231829178084  f



231850332317 a



231850332317 b



231850332317 c



231850332317 d



231850332317 e



231850332317 f



231871234695 a



231871234695 b



231871234695  c


su.cheny

231871234695 d



231871234695 e



231871234695 f



231871234695 g



231871234695 h



231871234695 i



231871234695 j


su.cheny

231871234695 k



231873340386 a


su.cherry

231873340386 b



231873340386 c



231873340386 d



231873340386 e

