IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUN CHENYAN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-6381 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| DAISY XIE, JING ZHANG, | ) | Mag. Judge Sheila M. Finnegan |
| MING JIE GUO, XIAO JIE ZHONG, | ) | |
| VIVI FANG, GARMENT OUTLETS, | ) | |
| TRENDYSHOW, FUNNYTRUMP, | ) | |
| POPPYHENLER, BOOMBOOM123, | ) | |
| FASHIONFORGIRLS, QIAN NI TRADE, | ) | |
| BEAUTYFACTORY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO ENJOIN THE UNAUTHORIZED PRACTICE OF LAW, TO DISQUALIFY DYKEMA GOSSETT, PLLC AS COUNSEL AND FOR CONTEMPT**

Plaintiff Sun Chenyan, ("Sun Chenyan" or "Plaintiff") by and through her counsel, Ford Banister IP, hereby moves this Honorable Court to enjoin Alice Luo aka "Alice L" (hereinafter, "Alice Luo") from the unauthorized practice of law, for a finding of contempt as authorized by and for violation of the Illinois Attorney Act and to disqualify Dykema Gossett, PLLC (hereinafter, "Dykema") from further representation of Defendants DAISY XIE, JING ZHANG, MING JIE GUO, XIAO JIE ZHONG, VIVI FANG, GARMENT OUTLETS, TRENDYSHOW, FUNNYTRUMP, POPPYHENLER, BOOMBOOM123, FASHIONFORGIRLS, QIAN NI TRADE and BEAUTYFACTORY (hereinafter, "Defendants"). In support of her request, Plaintiff submits the accompanying Memorandum of Law.

(Date and Signature on the Following Page)

Respectfully submitted this 16th day of September, 2020,

/s/ L. Ford Banister, II
Bar No. 5446539
Ford Banister IP
244 5th Avenue, Ste. 1888
New York, NY 10001
Telephone: 212-574-8107
Email: ford@fordbanister.com
*Attorney for Plaintiff*