## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Sun Chenyan | ) | |
| _Plaintiff/Judgment Creditor_ | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 19-cv-6381 |
| Daisy Xie _d/b/a_ Garment Outlets and | ) | Judge Charles P. Kocoras |
| Trendyshow _et al._ | ) | Mag. Sheila M. Finnegan |
| _Defendants_ | ) | |
| | ) | |
| | ) | |
| ContextLogic Inc. _d/b/a_ Wish | ) | |
| _Third-Party Citation Respondent_ | ) | |

### NOTICE OF MOTION

To: All Counsel of Record

**PLEASE TAKE NOTICE** that, on the **17th day of October, 2023**, at **11:00 a.m.**, the undersigned will appear telephonically before the Honorable Charles P. Kocoras, or any judge presiding in his stead, and then and there present **ContextLogic's Motion to Terminate Citation Proceedings, Dismiss ContextLogic as a Garnishee–Party, and to Clarify TRO/PI Requirements**, a copy of which has been served upon you via the Court's CM/ECF system. Interested parties may join the proceedings via **telephone number +1 (888) 684-8852, access code 8819984**.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalty of perjury that s/he caused a true and correct copy of the foregoing **Notice of Motion** and **ContextLogic's Motion to Terminate Citation Proceedings, Dismiss ContextLogic as a Garnishee–Party, and to Clarify TRO/PI Requirements** to be served upon Charles Edward McElvenny, Lydia Pittaway, Michael Thomas Stanley, Larry Ford Banister, II, Michael P. Adams, and Steven McMahon Zeller, via the Court's CM/ECF system on this 10th day of October, 2023.

Dated: October 10, 2023

Respectfully submitted,

**ContextLogic, Inc. d/b/a Wish**

By:     /s/ Gregory Scott Gistenson
One of its attorneys

Gregory S. Gistenson (IL #6299856)
**Barnes & Thornburg LLP**
One N. Wacker Dr. Ste. 4400
Chicago, IL 60606-2833
T: (312) 214-4573
E: gregory.gistenson@btlaw.com